IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ABRAHAM BANKS,**

                  Petitioner,

    v.

**JAMES WALKER, Warden,**

                  Respondent.

CIV S-07-2022 FCD KJM P

**ORDER**

GOOD CAUSE APPEARING, Respondent's request for a 45-day extension of time in which to file a reply in this matter (docket no. 10) is hereby GRANTED. Respondent's response is due on February 5, 2009.

Dated: January 8, 2009.

_____
U.S. MAGISTRATE JUDGE

Order

1