IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABRAHAM BANKS,** | CIV S-07-2022 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's request for a 45-day extension of time in which to file a reply in this matter is hereby GRANTED. Respondent's response is due on March 23, 2009.

Dated:  February 11, 2009.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1